THE NEW ORLEANS AND CARROLLTON RAIL ROAD COMPANY
v. ROBERT A. CRAIN and another.

APPEAL by Levin Luckett, one of the defendants, from a judg-
ment of the District Court of Rapides, *King*, J.

*Brent* and *O. N. Ogden*, for the plaintiffs.

*Thomas* and *Flint*, for the appellant.

MORPHY, J. The same assignment of errors was made in this
case as in that of John W. Dodd, against the same defendants, de-
cided this day, *supra*, p. 58. The same judgment must, therefore,
be given.

                                    *Judgment affirmed.*


LOUIS SELBY v. MARTHA A. BENTON and Husband.

APPEAL from the Probate Court of Carroll, *Bosworth*, J.

*Selby*, appellant, *pro se. Wilson* also appeared on the same
side.

*Dunlap*, for the defendants.

MARTIN, J. The plaintiff is appellant from a judgment against
him, discharging the defendant from her liability as executrix.
She claimed it in an averment that she had rendered on account
of her executorship, and was finally discharged, her account hav-
ing been homologated by the Court of Probates, and her bond
cancelled ;. that Thomas V. Davis was thereupon appointed ad-
ministrator of the estate of her testator, is now acting in that ca-
pacity,. and is the person against whom the present action ought
to have been instituted. The record contains evidence of these
facts, which clearly support the judgment in favor of the defen-
dant.

                                    *Judgment affirmed.*